**Jerry Lee HOLLARS, Sr., Petitioner–Appellant,**

v.

**Michael BELL, Respondent–Appellee.**

No. 02–6384.

United States Court of Appeals, Fourth Circuit.

Submitted July 25, 2002.

Decided July 31, 2002.

Jerry Lee Hollars, Sr., Appellant Pro Se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellee.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Jerry Lee Hollars seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2002). We have reviewed the record and the district court's opinion adopting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Hollars v. Bell,* No. CA–01–248–1 (M.D.N.C. Feb. 8, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*